UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**VICKE HOLLY**                          :          **DOCKET NO. 2:20-cv-00714**

**VERSUS**                               :          **JUDGE JAMES D. CAIN, JR.**

**BOYD RACHING, L.L.C. D/B/A**           :          **MAGISTRATE JUDGE KAY**
**DELTA RACETRACK CASINO**
**AND HOTEL**

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 11] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand [doc. 7] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 23rd day of April, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE